# RAYMOND NARDO, P.C.
Attorney At Law
129 third street, mineola, ny 11501
Phone: (516)248-2121 | Fax: (516)742-7675 | Email Raymondnardo@gmail.com

October 22, 2020

BY ECF

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Latture v. 101-109 Café, Inc. d/b/a Mirage, et. al.*
             20-CV-2611 (BMC)

Dear Judge Cogan,

I represent the plaintiff in the above matter. Pursuant to Your Honor's order dated September 9, 2020, Plaintiff filed for arbitration at the American Arbitration Association on October 17, 2020.

Thank you for your consideration.

                                                 Respectfully submitted,

                                                 RAYMOND NARDO, ESQ.

cc:    Alex Kaminski, Esq.